1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CYMEYON HILL,                          No.  2:21-cv-0048 AC P

12              Plaintiff,

13       v.                                  ORDER

14    EMLY PEREZ,

15              Defendants.

16

17          Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.

20          The federal venue statute provides that

21              [a] civil action may be brought in

22              (1) a judicial district in which any defendant resides, if all defendants
                are residents of the State in which the district is located;
23

24              (2) a judicial district in which a substantial part of the events or
                omissions giving rise to the claim occurred, or a substantial part of
25              property that is the subject of the action is situated; or

26              (3) if there is no district in which an action may otherwise be brought
                as provided in this action, any judicial district in which any defendant
27              is subject to the court's personal jurisdiction with respect to such
                action.

28    28 U.S.C. § 1391(b).

                                    1

In this case, the claim arose in Monterey County, which is in the Northern District of California.  Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: January 12, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2